UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

JANET LEE EVANS,                    CASE NO.: 04-40070-KKS
                                    CHAPTER: 13
Debtor.
_____/

## ORDER APPROVING APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS (DOC. 91) and DIRECTING DISBURSEMENT OF FUNDS

This Case came before the Court upon the Application for the Recovery of Unclaimed Funds filed by Applicant, DILKS & KNOPIK, LLC, for Claimant, MARINER FINANCE FLORIDA, INC. (the "Application," Doc. 91), f/k/a SUNBELT CREDIT CORPORATION OF FLORIDA (*see* Doc. 91-1, p. 2). It appearing that the Application was submitted using the proper form and that the Applicant provided the required information, it is

ORDERED:

1. The Application for the Recovery of Unclaimed Funds (Doc. 91) is APPROVED.

2. The Clerk is authorized to release the unclaimed funds being held in the Registry of this Court, in the amount of $727.02, payable to MARINER FINANCE FLORIDA, INC. to Applicant, Dilks & Knopik, LLC, Brian J. Dilks, Managing Member, 35308 SE Center St., Snoqualmie, WA 98065-9216.

DONE AND ORDERED on 9th Day of March, 2016.

KAREN K. SPECIE
United States Bankruptcy Judge

cc: all parties in interest

Dilks & Knopik, LLC
Brian J. Dilks
Managing Member
35308 SE Center St.
Snoqualmie, WA  98065